B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AMERICANA FOODS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4187489** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**                                   ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):                                   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                   ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AMERICANA FOODS, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **AMERICANA FOODS, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

Email: mlgesas@arnstein.com
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF**
**THE DIRECTORS OF**
**AMERICANA FOODS, INC.**
**A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS**
**(the "Company")**

The undersigned, being all of the Directors of the Company, in lieu of holding a special meeting hereby consent to the following actions and adopt the following resolutions and direct that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned have executed this Consent this _16_ day of February, 2011.

_____
JOHN APOSTOLOU, Director

_____
EVA APOSTOLOU, Director

1425, LLC
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


A. STALLONE, INC.
2255 LOIS DRIVE
ROLLING MEADOWS, IL 60008


A.M. MANUFACTURING CO.
O MATIC PARTS & SERVICE CORP
DOLTON, IL 60419


AABLE LICENSE CONSULTANTS
P.O. BOX 7460
WESTCHESTER, IL 60154-7460


AARONS TRUCK & AUTO REPAIR
5243 SOUTH TROY STREET
CHICAGO, IL 60632


ABLE SERVICE AND SUPPLY
7323 MONTICELLO
SKOKIE, IL 60076


ACACIA LIFE INSURANCE CO.
P.O. BOX 81889
LINCOLN, NE 68501-1889


ACME SCALE SYSTEMS
P.O. BOX 190
VILLA PARK, IL 60181


ACOSTA, LUIS C.
4211 W. FULLERTON AVE
CHICAGO, IL 60639


ADA VALLEY GOURMET FOODS
6210 EAST FULTON
ADA, MI 49301


ADAN HERRERA
1743 NORTH KEDVALE
CHICAGO, IL 60639

ADDISON BUILDING MATERIALS
3201 D. BUSSE RD
ARLINGTON HEIGHTS, IL 60005


AFFORDABLE COMMUNICATIONS
INCORPORATED
DES PLAINES, IL 60018


AGI LLC
11225 WEST GRAND AVENUE
NORTHLAKE, IL 60164


AGUILAR, JOSE M.
4127 N MOZART
CHICAGO, IL 60618


AIR CONTROL
2917 IRVING PARK ROAD
CHICAGO, IL 60618


AIR-TRAK, INC.
11353 SORRENTO VALLEY ROAD
SAN DIEGO, CA 92121-1303


ALBERTO MORENO
1523 NORTH KOLIN
CHICAGO, IL 60651


ALBERTO SOTO
1709 NORTH KEATING AVENUE
CHICAGO, IL 60639


ALBERTO VILLA
5000 WEST FLETCHER
CHICAGO, IL 60641


ALEJANDRO MORENO
3532 WEST 38TH PLACE
CHICAGO, IL 60632


ALERT PROTECTIVE SERVICES INC
3833 NORTH CICERO
CHICAGO, IL 60641-3623

ALICEA, CARLOS
2848 N MEADE
CHICAGO, IL 60634

ALLIED DOOR
P.O. BOX 817
LOMBARD, IL 60148

AMBI-PRESTIGIO
164 NORTH BRANDON DRIVE
GLENDALE HEIGHTS, IL 60139-2025

AMERICAN FREIGHTWAYS
P.O. BOX 910150
DALLAS, TX 75391-0150

AMERICAN GENERAL FINANCE, INC.
c/o LOUIS WEINSTOCK, ATTORNEY
CHICAGO, IL 60602

AMERICAN HOME FENCE
& ORNAMENTAL IRON
CHICAGO, IL 60641

AMERICAN LINEN SUPPLY
225 WEST CHESTNUT
CHICAGO, IL 60610

AMERICO, INC.
P.O. BOX 2125
WEST MEMPHIS, AR 72303

ANAGNOS DOOR CO.
7600 S. ARCHER RD.
JUSTICE, IL 60458

ANGEL GONZALEZ
1743 NORTH KEDVALE
CHICAGO, IL 60639

ANTONIO GONZALEZ PEREZ
1749 NORTH KARLOV
CHICAGO, IL 60639

APOSTOLOU, EVA
2330 MOHAWK
GLENVIEW, IL 60025


APOSTOLOU, JOHN
2330 MOHAWK
GLENVIEW, IL 60025


ARAMARK UNIFORM SERVICES
SUITE 602
CHICAGO, IL 60609


ARC DISPOSAL & RECYCLING COMPA
P.O. BOX 9001822
LOUISVILLE, KY 40290-1822


ARRIAGA, MANUEL
1748 N KEDVALE
CHICAGO, IL 60639


ARROW UNIFORM RENTAL
P.O. BOX 670391
DETROIT, MI 48267-0391


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


AT & T
P.O. BOX 8100
AURORA, IL 60507-8100


AT & T LONG DISTANCE
P.O. BOX 5017
CAROL STREAM, IL 60197-5017


AT&T
PO BOX 8100
AURORA, IL 60507-8100


ATLAS LIFT TRUCK RENTAL & SALE
5050 NORTH RIVER ROAD
SCHILLER PARK, IL 60176

AURORA LIFT TRUCK SERVICE, INC
1901 ALBRIGHT ROAD
MONTGOMERY, IL 60538


AUTOMATIC DATA PROCESSING
P.O. BOX 78415
PHOENIX, AZ 85062-8415


AVALOS, LUIS A.
224 PERRY STREET
ELGIN, IL 60123


AVENUE METAL MANUFACTURING CO
1640 WEST OGDEN AVENUE
CHICAGO, IL 60612-3234


B & G SHEET METAL
3056 WEST WALTON STREET
CHICAGO, IL 60622


B2B INDUSTRIAL PRODUCTS
P.O. BOX 3296
GLEN ELLYN, IL 60137


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARILLA AMERICA, INC.
P.O. BOX 7247-7338
PHILADELPHIA, PA 19170-7338


BASIL BILLY APOSTOLOU
APT 1106
CHICAGO, IL 60613


BAUTISTA, JAVIER
3904 W. 62ND PLACE
CHICAGO, IL 60629


BAXTER INDUSTRIAL SERVICES INC
500 EAST HIGGINS ROAD
ELK GROVE VILLAGE, IL 60007

BAXTER INDUSTRIAL SERVICES INC
19 SOUTH BOTHWELL STREET
PALATINE, IL 60067


BAY INSULATION OF ILLINOIS INC
5810 EAST AVENUE
COUNTRYSIDE, IL 60525


BELL FUELS INC.
4116 WEST PETERSON
CHICAGO, IL 60646


BELL-CARTER OLIVE COMPANY
PO BOX 202756
DALLAS, TX 75320-2756


BEM HEATING & COOLING & KITCHE
P.O.BOX 2360
DES PLAINES, IL 60018-9998


BENIER, U.S.A., INC.
213 THORNTON ROAD
LITHIA SPRINGS, GA 30122


BEST BARGAINS, INC
P.O. BOX 873
NEW MUNSTER, WI 53152


BIO, INC.
OLYMPIC SHEET METAL IRON WORK
CHICAGO, IL 60639


BIOTEST SERVICES, INC.
411 JARVIS
DES PLAINES, IL 60018


BIRCHWOOD FOODS
BIN NUMBER 53012
MILWAUKEE, WI 53288


BISHOP PLUMBING, INC.
975 RAND ROAD
DES PLAINES, IL 60016

BLACK JACKS
1805 EAST OAKTON
ELK GROVE, ILLINOIS 60007-0000


BLANCA SORIA
3645 W. 67TH PLACE
CHICAGO, IL 60629


BOWMAN, HEINTZ BOSCIA & VICIAN
8605 BROADWAY
MERRILLVILLE, IN 46410-7033


BURKE CORPORATION
P.O. BOX 801719
KANSAS CITY, MO 64180-1719


BUSSE RD INDUSTRIAL PARK ASSOC
120 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606-3910


BUTITTA BROTHERS AUTOMOTIVE
605 18TH STREET
ROCKFORD, IL 61104


CANOPY BUILDING MAINTENANCE
90 SOUTH ROBERTS ROAD
INVERNESS, IL 60067


CARANDO
14622 Collection Center Dr.
CHICAGO, IL 60693


CARGILL FOOD DISTRIBUTION
PO BOX 5007
WOODRIDGE, IL 60517


CARLOS JIMENEZ SANCHEZ
4253 SOUTH CAMPBELL
CHICAGO, IL 60632


CARMICHAEL LEASING COMPANY
P.O. BOX 88494
CHICAGO, IL 60680-1494

CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723


CED'S MUFFLER, BRAKES,
3940 WEST GRAND AVENUE
CHICAGO, IL 60651


CENTRAL ELECTRIC, INC
7756 WEST ARDMORE
CHICAGO, IL 60631


CENTRAL FOODSERVICE
4100 WEST 40TH STREET
CHICAGO, IL 60632


CHARLES POWELL REPAIR SERVICE
4925 WEST ERIE
CHICAGO, IL


CHICAGO CEILING CARE, L.L.C.
10643 MICHAEL DRIVE
PALOS HILLS, IL 60465-1908


CHICAGO DEPARTMENT OF REVENUE
P.O. BOX 4956
CHICAGO, IL 60680-4956


CHICAGO DEPARTMENT OF REVENUE
REMITTANCE CENTER
CHICAGO, IL 60680-5233


CHICAGO DEPARTMENT OF REVENUE
LOCKBOX 93180
CHICAGO, IL 60673-3180


CHICAGO DEPARTMENT OF REVENUE
121 NORTH LASALLE STREET
CHICAGO, IL 60602


CHICAGO DEPARTMENT REVENUE
ROOM 107
CHICAGO, IL 60602

```
CHICAGO DEPT OF PUBLIC HEALTH
REVENUE SECTION - ROOM 320
CHICAGO, IL 60604


CHICAGO FOOD PREP SERVICE
4141 NORTH ROCKWELL
CHICAGO, IL 60616


CHICAGO INTERNATIONAL TRUCKS,
94360 EAGLE WAY
CHICAGO, IL 60678-9430


CHICAGO SWEETENERS
P.O. BOX 75162
CHICAGO, IL 60675


CHICAGO TRIBUNE
P.O. BOX 8685
CHICAGO, IL 60680-8685


CHICAGO TRUCK LEASING COMPANY
23 NORTH ABERDEEN STREET
CHICAGO, IL 60607


CHRIST PANOS FOODS CORPORATION
817 WEST 21ST STREET
CHICAGO, IL 60608


CINGULAR WIRELESS
P.O. BOX 806055
CHICAGO, IL 60680-6055


CINTAS
1025 NATIONAL PARKWAY
SCHAMBURG, IL 60173


CINTAS FIRST AID & SAFETY
1870 BRUMMEL DRIVE
ELK GROVE VILLAGE, IL 60007


CITTERIO U.S.A. CORP
2008 STATE ROUTE 940
FREELAND, PA 18224
```

```
CITY CLERK
CITY HALL - ROOM 107
CHICAGO, IL 60602


CITY OF CHICAGO
8108 INNOVATION WAY
CHICAGO, IL 60682-0081


CITY OF CHICAGO
DEPARTMENT OF REVENUE
CHICAGO, IL 60680-1298


CITY OF CHICAGO
30 NORTH LASALLE ROOM 900
CHICAGO, IL 60602


CITY OF CHICAGO
P.O. BOX 88298
CHICAGO, IL 60680-1298


CITY OF CHICAGO
WATER MANAGEMENT
CHICAGO, IL 60680-6330


CITY OF CHICAGO
PO BOX 6330
CHICAGO, IL 60680-6330


CITY OF CHICAGO - DEPT OF REVE
P.O. BOX 86292
CHICAGO, IL 60680-1292


CITY OF CHICAGO DEPARMENT OF R
8034 INNOVATION WAY
CHICAGO, IL 60682


CITY OF CHICAGO DEPARTMENT OF
P.O. BOX 88298
CHICAGO, IL 60610-1298


CITY OF CHICAGO DEPT OF REVENUE
121 N LASALLE ST RM 107
CHICAGO, IL 60602
```

CITY OF MILWAUKEE
P.O. BOX 346
MILWAUKEE, WI 53201


CLERK OF THE CIRCUIT COURT
RICHARD J. DALEY CENTER
CHICAGO, IL 60602-1552


CLERK OF THE CIRCUIT COURT
2200 NORTH SEMINARY AVENUE
WOODSTOCK, IL 60098


COBBLESTONE OVENS, INC.
4301 REGENCY DRIVE
GLENVIEW, IL 60025


COLE-PARMER INSTRUMENT COMPANY
P.O. BOX 6690
VERNON HILLS, IL 60061-6690


COLUMBUS FOODS COMPANY
4990 PAYSPHERE CIRCLE
CHICAGO, IL 60674


COMERICA BANK
DEPARTMENT #221001
DETROIT, MI 48267-2210


COMMERCIAL TIRE SERVICE
1105 NORTH 30TH AVENUE
MELROSE PARK, IL 60160


COMMODITY CONSULTING, INC
c/o BILL CROWTHER
DOWNERS GROVE, IL 60515


COMMONWEALTH EDISON
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


CONCENTRA MEDICAL CENTERS
OF THE SOUTHWEST, P.A.
LOMBARD, IL 60148-0488

CONCENTRA MEDICAL CENTERS
1030 WEST CHICAGO AVENUE
CHICAGO, IL 60622


CONNELLY ELECTRIC COMPANY
40 SOUTH ADDISON ROAD
ADDISON, IL 60101


CONSOLIDATED REPAIR SERVICE
4141 NORTH ROCKWELL
CHICAGO, IL 60618


CONSTRUCTION MANAGEMENT
2607 WEST 22 STREET
OAK BROOK, IL 60523


CONWAY IMPORT CO, INC.
11051 WEST ADDISON STREET
FRANKLIN PARK, IL 60131-1496


COOK COUNTY TREASURER
P.O. BOX 4488
CAROL STREAM, IL 60197-4488


COPPERSMITH, INC.
P.O. BOX 51845
LOS ANGELES, CA 90051-6145


COZZINI, INC
350 HOWARD AVENUE
DES PLAINES, IL 60018


CREATIVE CASTER
65 KELLY ST
ELK GROVE VILLAGE, IL 60007


CREATIVE CASTER, INC
1060 PAULY DR.
ELK GROVE VILLAGE, IL 60007


CREATIVE CASTER,INC
65 KELLY ST
ELK GROVE VILLAGE, IL 60007

DALE R. WOLF
3070 GLENWAY DRIVE
NORTHBROOK, IL 60062


DAN THE KEYMAN, INC
P.O. BOX 624
LIBERTYVILLE, IL 60048


DE LAROSA, RAUL
2035 E BERKSHIRE CIRCLE
CARPENTERSVILLE, IL 60110


DELIO RODRIGUEZ
1818 SOUTH LOMBARD
BERWYN, IL 60402


DELL MARKETING, L.P.
P.O. BOX 802816
CHICAGO, IL 60680-2816


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DEVANCO FOODS
2055 LUNT AVENUE
ELK GROVE VILLAGE, IL 60007


DIAMOND CUT CONCRETE CUTTERS,
327 FERNDALE AVENUE
ELMHURST, IL 60126-2101


DIAZ, RICARDO
2025 N. KILBOURN
CHICAGO, IL 60639


DIMITRIOS KONSTANTOPOYLOS
3th KM NAT. ROAD TSAKONAS
24019 GREECE, 0


DISTINCTIVE FOODS LLC
654 SOUTH WHEELING ROAD
WHEELING, IL 60090

DOOR MASTERS
1225 NORTH CONVENT STREET
BOURBONNAIS, IL 60914


DOT FOODS, INC.
P.O. BOX 952589
SAINT LOUIS, MO 63195-2589


DUALTEMP OF ILLINOIS, INC.
4301 SOUTH PACKERS AVENUE
CHICAGO, IL 60609


EAT AT JOES, INC.
6150 WEST 159th STREET
OAK FOREST, IL 60452


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


ECOLAB
BOX 6007
GRAND FORKS, ND 58206-6007


EDGAR FLORES
2168 NORTH MAJOR
CHICAGO, IL 60639


EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ELENO SALAS
2025 NORTH KILBOURN
CHICAGO, IL 60639


EMBROIDERY CENTER LTD
4751 SOUTH CENTRAL
CHICAGO, IL 60638


EMPIRE COOLER SERVICE INC
940 W. CHICAGO AVE
CHICAGO, IL 60642

ENRIQUE GONZALES
1743 NORTH KEDVALE
CHICAGO, IL 60639


ERIE VEHICLE COMPANY
60 EAST 51ST STREET
CHICAGO, IL 60615


ESCALON PREMIER BRANDS, INC
DEPT. CH 10271
PALATINE, IL 60055-0271


ESTRADA, GABRIEL
2340 N. LARAMIE
CHICAGO, IL 60630


EZZO SAUSAGE COMPANY
P.O. BOX 951562
CLEVELAND, OH 44193


FALSE ALARM UNIT
CITY OF CHICAGO DEPT OF REVENU
CHICAGO, IL 60680-4956


FAMILY LAWN SERVICE COMPANY
2325 SOUTH CENTRAL PARK
CHICAGO, IL 60623


FARMER BROS. CO.
PO BOX 934237
ATLANTA, GA 31193-4237


FASTSIGNS
180 NORTH WACKER
CHICAGO, IL 60606


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FIRST ACCESS
P.O. BOX 4240
CAROL STREAM, IL 60197-4240

FISHERY PRODUCTS INT INC.
P.O. BOX 311116
DETROIT, MI 48231-1116


FISHKING PROCESSORS, INC.
P.O. BOX 512545
LOS ANGELES, CA 90051-0545


FOODSERVICE EDUCATIONAL SEMINA
6015 NORTH CICERO AVENUE
CHICAGO, IL 60646


FOUR STAR FOODS
1230 WEST FULTON MARKET
CHICAGO, IL 60607


FOX VALLEY FIRE & SAFETY CO.
2730 PINNACLE DRIVE
ELGIN, IL 60123


FRANCISCO DE PAULA
2650 WEST 21st PLACE
CHICAGO, IL 60608


FRANCISCO DE PAULA DIAZ
2650 WEST 21st PLACE
CHICAGO, IL 60608


FRANCISCO GUZMAN
3035 WEST 95th STREET
CHICAGO, IL 60632


FRANK DI FRESCO CEMENT
810 RUMPLE LANE
ADDISON, IL 60101


FREEBIRDZ EXPEDITOR TRANSPORTA
211 BUCKINGHAM DRIVE
BARTLETT, IL 60103


FREUND EQUIPMENT, INC.
11816 SOUTH ROUTE 47
HUNTLEY, IL 60142

FRY FOODS INC
PO BOX 837
TIFFIN, OH 44883-0837


G & B PLUMBING & HEATING, INC.
7000 LE CLAIRE
SKOKIE, IL 60077


GABRIEL ESTRADA
2340 NORTH LARAMIE
CHICAGO, IL 60630


GALE CONSTRUCTION
% - LUCAS J. GALE
GLENVIEW, IL 60026


GARDEN-FRESH FOODS, INC
726 SOUTH 12TH STREET
MILWAUKEE, WI 53204


GENERAL REFRIGERATION
5600 NORTH ST. LOUIS
CHICAGO, IL 60659


GEORGE APOSTOLOU
8727 BRYN MAWR
CHICAGO, IL 60631


GEORGE ISHU
D/B/A - ALL IN ONE CONSTRUCTIO
SKOKIE, IL 60077


GIORDANO'S ENTERPRISES, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S EUROPEAN ENTERPRISE
56 ALEXANDRAS' AVENUE
ATHENS  GREECE, 0 11473


GIORDANO'S OF DOWNERS GROVE
5115 MAIN STREET
DOWNERS GROVE, IL 60515

GIORDANO'S OF FLORIDA
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S OF GLEN ELLYN
455 WEST ROOSEVELT ROAD
GLEN ELLYN, IL 60137


GIORDANOS FRANCHISE INC.
740 NORTH RUSH STREET
CHICAGO, IL 60611


GIORDANOS MARKETING, LLC
740 NORTH RUSH STREET
CHICAGO, IL 60611


GLENN P. DOEING
25W031 Lacey Avenue
Naperville, IL 60563


GOMEZ, JUAN J.
913 N 21ST AVENUE
MELROSE PARK, IL 60160


GONNELLA BAKING COMPANY
2758 EAGLE WAY
CHICAGO, IL 60678-1027


GONZALEZ, ANGEL
4134 W. NORTH AVE
CHICAGO, IL 60639


GONZALEZ, ANGEL J.
4136 W. NORTH AVE.
CHICAGO, IL 60639


GONZALEZ, MARCO G.
4136 W. NORTH AVE
CHICAGO, IL 60639


GRAND & PULASKI CITGO, INC.
1345 NORTH PULASKI
CHICAGO, IL 60651

GRAND-CICERO SERVICE, INC.
4800 WEST GRAND AVENUE
CHICAGO, IL 60639


GREAT LAKES ROOFING
5244 WEST IRVING PARK ROAD
CHICAGO, IL 60641


GRECO & SONS, INC.
1550 HECHT ROAD
BARTLETT, IL 60103


GREEN HORIZON, INC.
960 NORTH LOMBARD ROAD
LOMBARD, IL 60148


GRIFFITH LABORATORIES USA, INC
DEPT 70192
CHICAGO, IL 60673-0192


GROOT INDUSTRIES, INC.
P.O. BOX 92317
ELK GROVE VILLAGE, IL 60009-2317


GUTIERREZ, JOSE L.
4134 W. NORTH AVE
CHICAGO, IL 60639


GUTIERREZ, LEONEL
4134 W. NORTH AVE
CHICAGO, IL 60639


GUTIERREZ, MARCELO
4134 W. NORTH AVE.
CHICAGO, IL 60639


HARRISON SUPPLY COMPANY, INC.
P.O. BOX 596
EDGEMONT, PA 19028-0596


HASSAN, SALMAN S.
3807 W KEENEY STREET
SKOKIE, IL 60076

HASSAN, SYED T.
3807 W KEENEY
SKOKIE, IL 60076


HECTOR A. VILLA
2327 NORTH 73rd AVENUE
ELWOOD, IL 60635


HEINZ NORTH AMERICA
PO BOX 371605
Pittsburg, PA 15251-7605


HERITAGE FOOD SERVICE
P.O. BOX 8710
FORT WAYNE, IN 46808-1149


HERNANDEZ, MANUEL R.
2241 S. LOMBARD
CICERO, IL 60804


HERSHEY PASTA GROUP
P.O. BOX 640011
PITTSBURGH, PA 15264-0011


HIGH LINER FOODS
P.O. BOX 311116
DETROIT, MI 48231-1116


HINCKLEY SPRING WATER COMPANY
P.O. BOX 660579
DALLAS, TX 75266-0579


HOBART CORPORATION
1300 NORTH MICHAEL DR - UNIT G
WOOD DALE, IL 60191


HORMEL FOODS CORPORATION
P.O. BOX 93624
CHICAGO, IL 60673


HOSPITALITY MINTS
P.O. DRAWER 3140
BOONE, NC 28607

HOT POTATO DISTRIBUTORS, INC
1132-34 WEST RANDOLPH STREET
CHICAGO, IL 60607


ICELANDIC USA, INC.
5859 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


IDEALEASE SERVICES, INC.
430 NORTH RAND ROAD
NORTH BARRINGTON, IL 60010


ILLINOIS AUTO CENTRAL
1462 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19032
SPRINGFIELD, IL 62794-9032


ILLINOIS DEPARTMENT REVENUE
P.O. BOX 19027
SPRINGFIELD, IL 62794-9027


ILLINOIS DEPT OF REV. BANKRUPTCY DIV.
100 W RANDOLH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS DEPT OF TRANSPORTATION
2300 S DIRKSEN PARKWAY
SPRINGFIELD, IL 62764


ILLINOIS MASONIC MEDCAL CENTER
WELLINGTON
CHICAGO, IL 60657


ILLINOIS MATERIAL HANDLING
DIV OF WISCONSIN LIFT TRUCK
ELGIN, IL 60123

ILLINOIS STATE TOLL HIGHWAY
2700 OGDEN AVENUE
DOWNERS GROVE, IL 60515-1703


INDUSTRIAL TECHNOLOGY
P.O. BOX 871
MARGARETVILLE, NY 12455-0871


INDUSTRIAL WHEEL & TOOL
6912 WEST ROOSEVELT ROAD
OAK PARK, IL 60304


INNOVATIVE PACKAGING, INC.
1849 BELMDALE AVE
GLENVIEW, IL 60026


INTEGRA GRAPHICS AND FORMS INC
4749 WEST 136TH STREET
CRESTWOOD, IL 60445


INTEGRATED WAREHOUSE SYSTEMS
1340 INTERNATIONALE PARKWAY
WOODRIDGE, IL 60517


INTEGRYS ENERGY SYSTEMS, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


INTRA CUSTOM DISTRIBUTORS, INC
18 N 614 WOODCREST LANE
WEST DUNDEE, IL 60118


IRVING JUSTINIANO
2118 1/2 NORTH KEDZIE
CHICAGO, IL 60647


ISRAEL SANCHEZ
3911 NORTH KIMBALL
CHICAGO, IL 60618

J. GUADALUPE ZERMENO
713 NORTH KRAMER AVENUE
LOMBARD, IL 60148


J. STANLEY
4416 BUCKLEY ROAD
LISLE, IL


JABIER TRUJILLO
2932 SOUTH LYMAN STREET
CHICAGO, IL 60608


JBA LEASING CO., INC.
308 WEST RANDOLPH
CHICAGO, IL 60606


JENNIE-O FOODS, INC.
P.O. BOX 93447
CHICAGO, IL 60673


JERRY L. PRIMOZIC
9012 BASSWOOD DRIVE
TINLEY PARK, IL 60477


JESUS GONZALEZ
5803 LAKE POINTE DRIVE
PLAINFIELD, IL 60521


JESUS M. GONZALEZ
3707 WEST 70TH STREET
CHICAGO, IL 60629


JESUS SAHAGUN OROSCO
2334 NORTH LATROBE
CHICAGO, IL 60639


JNR DOORS
P.O. BOX 1042
LAGRANGE, IL 60526


JOHN APOSTOLOU
740 N. RUSH ST
CHICAGO, IL 60611

JOHN MEGALIS
1139 SOUTH EDGEWOOD
LOMBARD, IL 60148


JOSE I. MORALES
3536 WEST 66th PLACE
CHICAGO, IL 60629


JOSE OLAEZ
4636 SOUTH CALIFORNIA AVE
CHICAGO, IL 60632


JOSE OLMOS
2900 NORTH MASON
CHICAGO, IL 60634


JR SIMPLOT COMPANY
91935 COLLECTIONS CENTER D
CHICAGO, IL 60693


JUAN CARLOS ESPINO
3943 SOUTH ROCKWELL
CHICAGO, IL 60632


JUAN CARLOS GOMEZ
3525 WEST WRIGHTWOOD AVE
CHICAGO, IL 60647


JUAN JAVIER GOMEZ
2734 NORTH MULLIGAN
CHICAGO, IL 60639


KASAB MULTI-SERVICE, INC.
P.O. BOX 5276
GLENDALE HEIGHTS, IL 60139


KASON CENTRAL
P.O. BOX 933411
ATLANTA, GA 31193-3428


KEEPER THERMAL BAG CO., INC
93 EAST BERKSHIRE DRIVE
CRYSTAL LAKE, IL 60014

KEN'S FOODS, INC
PO BOX 6197
BOSTON, MA 02212-6197


KOCH FOODS OF MISSISSIPPI, LLC
299 AIRPORT ROAD S
PEARL, MS 39208


KOMATSU FORKLIFT OF CHICAGO
P.O. BOX 30279
LOS ANGELES, CA 90030-0279


KONTOS FOODS, INC.
58 EAST SIXTH STREET
PATERSON, NJ 07544


KRISTINE BUTLER
7312-10 WINTHROP WAY
DOWNERS GROVE, IL 60516


KUSTOM PAK FOODS, LTD
P.O. BOX 86
MINNEAPOLIS, MN 55486-2784


KWIKMEN TRUCKING, INC.
430 WEST 194TH STREET
GLENWOOD, IL 60425


L & P PROVISIONS
1301 W. LAKE ST
CHICAGO, IL 60607-1511


L & P PROVISIONS
1301 WEST LAKE STREET
CHICAGO, IL 60607


LAB SAFETY SUPPLY, INC.
P.O. BOX 5004
JANESVILLE, WI 53547-5004


LABELMASTER
P.O. BOX 46402
CHICAGO, IL 60646-0402

LACHNIT, INC.
740 SOUTH OAKLAND AVENUE
VILLA PARK, IL 60181


LAGIS CONSTRUCTION CO.
9444 OLIPHANT AVENUE
MORTON GROVE, IL 60053


LAGROU DISTRIBUTION SYSTEMS
3514 SOUTH KOSTNER AVENUE
CHICAGO, IL 60632


LANDMARK OUTDOOR ADVERTISING
7424 INDUSTRIAL AVENUE
CHESTERTON, IN 46304


LASCO FOODS INC.
4553 GUSTINE AVENUED
ST LOUIS, MO 63116


LASCO FOODS, INC.
2184 PAYSPHERE CIRCLE
CHICAGO, IL 60674


LEE'S OVEN REPAIR SERVICE
3501 NORTH MARTENS STREET
FRANKLIN PARK, IL 60131


LEONEL GUTIERREZ
4134 WEST NORTH AVENUE
CHICAGO, IL 60639


LIFT TRUCK CORP OF AMERICA
110 JOEY DRIVE
ELK GROVE VILLAGE, IL 60007


LIMA FOOD PRODUCTS COMPANY
911 WEST FULTON MARKET STREET
CHICAGO, IL 60607


LOTECH - SALES
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127

```
LOTECH SALES , LLP
8101 SOUTH SHAFFER PARKWAY
LITTLETON, CO 80127


LUZ COLON
1419 NORTH PULASKI ROAD
CHICAGO, IL 60651


MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
CHICAGO, IL 60678-1374


MANUEL ARRIAGA
4134 WEST NORTH AVENUE
CHICAGO, IL 60639


MANUEL R. HERNANDEZ
1235 SOUTH 59th STREET
CICERO, IL 60804


MARCELO GUTIERREZ
4134 WEST NORTH AVENUE
CHICAGO, IL 60639


MAREEWA, RAMIZ M.
59 S. BRANCH
NORTHFIELD, IL 60093


MARK ANDERSON
BOX # 127
ORLAND PARK, IL 60462


MARK SIGNS INC.
211 BEELINE DRIVE
BENSENVILLE, IL 60106


MARTIN VALADES
3924 WEST DIVERSEY AVENUE
CHICAGO, IL 60647


MEDOLIO LTD
602A - VOULIAGMENIS AVENUE
ATHENS   GREECE, 0 16452
```

MEDOLIO, L.T.D.
602A - VOULIAGMENIS AVENUE
ATHENS    GREECE, 0 16452


MERITECH HANDWASHING SYSTEMS
8S50 SOUTH AKRON STREET
ENGLEWOOD, CO 80112


METECNO-ASI
4848 PAYSPHERE CIRCLE
CHICAGO, IL 60674


MICHIGAN TURKEY PRODUCERS
PO BOX 30516
LANSING, MI 48909-8016


MIDLAND FINANCE CO.
7300 NORTH WESTERN AVENUE
CHICAGO, IL 60645-1833


MIDWEST REALTORS, INC.
6251 WEST BELMONT AVENUE
CHICAGO, IL 60634


MIDWEST TIME RECORDER, INC.
7964 SOUTH MADISON STREET
BURR RIDGE, IL 60521-5806


MIGUEL CASTILLO MORA
1743 NORTH KEDVALE
CHICAGO, IL 60639


MIGUEL MORA
2021 NORTH KILBOURN
CHICAGO, IL 60651


MILAN FOOD SERVICE, INC.
6739 WEST PERSHING ROAD
STICKNEY, IL 60402


MM SURVEYING COMPANY
5812 WEST HIGGINS
CHICAGO, IL 60630

MORALES, JOSE I.
1529 WEST ST.
RACINE, WI 53404


MOTOR PHONES, INC.
7855 GROSS POINT ROAD
SKOKIE, IL 60077


MUNDO DEVELOPMENT CO.
PO BOX 389114
CHICAGO, IL 60638


NAJAM, FARAZ
1813 QUAKER HOLLOW STREET
STREAMWOOD, IL 60107


NATIONAL WASTE SERVICES, INC.
75 EAST WACKER DRIVE
CHICAGO, IL 60601


NEO NETWORKS INC.
4030 OVERHILL AVE
NORRIDGE, IL 60706


NEW PACKING CO., INC.
1243-49 WEST LAKE STREET
CHICAGO, IL 60607


NICOR GAS
P.O. BOX 416
AURORA, IL 60568-0001


NISSAN MOTOR ACCEPTANCE CORPOR
P.O. BOX 9001133
LOUISVILLE, KY 40290-1133


NORBERT SOLIS
3134 SOUTH KOMENSKY
CHICAGO, IL 60623


NORTHWEST FORD
4000 NORTH MANNHEIM ROAD
FRANKLIN PARK, IL 60131

NORTHWESTERN WELDING, INC.
9137 BELDEN AVENUE
FRANKLIN PARK, IL 60131


NORWEGIAN AMERICAN HOSPITAL
1044 NORTH FRANCISCO AVENUE
CHICAGO, IL 60622


NU VISION FLOORS
1840 SIERRA TRAIL, ST.
ROMEOVILLE, IL 60446


O.K. FOODS, INC.
P.O. BOX 1787
FORT SMITH, AR 72902-1787


OFFICE FURNITURE RESOURCES, IN
6546 NORTH 76TH STREET
MILWAUKEE, WI 53223


OLMOS, JOSE
2900 N. MASON
CHICAGO, IL 60634


OLMOS, RIGOBERTO
2835 N. MENARD
CHICAGO, IL 60634


OLYMPIC ROOFING, INC.
8229 NORTH WAUKEGAN ROAD
NILES, IL 60714


OLYMPIC STORE FIXTURES, INC.
4758 SOUTH CICERO AVENUE
CHICAGO, IL 60638


ON-SITE CELLULAR
P.O. BOX 1163
NORTHBROOK, IL 60065


ORCA BAY SEAFOODS, INC.
900 POWELL AVENUE, SW
RENTON, WA 98055

ORESTIS CONSTRUCTION COMPANY
4239 NORTH HAMLIN AVENUE
CHICAGO, IL 60618


ORLANDO AUTO TOP, INC.
641 NORTH ASHLAND AVENUE
CHICAGO, IL 60622


OTHERWISE INCORPORATED
1144 WEST RANDOLPH STREET
CHICAGO, IL 60607


OVERHEAD GARAGE DOOR
179 SOUTH WHEELING ROAD
WHEELING, IL 60090


P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PABLO ARIGA
2232 NORTH POINT
CHICAGO, IL 60647


PAINTERS USA INC.
649 CHILDS
WHEATON, IL 60187


PANAPESCA USA CORPORATION
42 WINTER STREET
PEMBROKE, MA 02359


PAPA CHARLIE'S INC.
1800 SOUTH KOSTNER AVENUE
CHICAGO, IL 60623


PARAGON MANUFACTURING, INC.
2001 NORTH 15TH AVENUE
MELROSE PARK, IL 60160


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604

PAUL D. LAWENT
3949 NORTH PULASKI ROAD
CHICAGO, IL 60641


PEDRO MENDEZ
1410 NORTH KARLOV
CHICAGO, IL 60651


PEDRO PEREZ
1743 NORTH KEDVALE
CHICAGO, IL 60652


PEOPLE'S GAS
BILL PROCESSING CENTER
CHICAGO, IL 60687-0001


PEOPLES ENERGY SERVICES CORP.
231305 MOMENTUM PLACE
CHICAGO, IL 60689-5311


PEREZ, ANTONIO G.
4134 W. NORTH AVE.
CHICAGO, IL 60639


PERFECT PASTA, INC.
31 FAIRBANK  UNIT A
ADDISON, IL 60101


PILGRIM'S PRIDE CORPORATION
P.O. BOX 911709
DALLAS, TX 75391-1709


PIOTR SIEMIENIUK
3349 NORTH CENTRAL PARK AVE
CHICAGO, IL 60618


POINT IMAGING
P.O. BOX 9068
HIGHLAND, IN 46322


POULOPOULOS &  ASSOCIATES
2140 WHITE OAK CIRCLE
NORTHBROOK, IL 60062

POULOPOULOS & ASSOCIATES, INC
2140 WHITE OAK CIRCLE
NORTHBROOK, IL 60062


PRAIRIE VIEW INDUSTRIES
714 5TH STREET
FAIRBURY, NE 68352-0575


PREMIER WASTE & RECYCLING
P.O. BOX 17111
CHICAGO, IL 60617


PRO-LINE DOOR SYSTEMS, INC.
716 NORTH EDGEWOOD AVENUE
WOOD DALE, IL 60191


QI EXCHANGE, LLC
3010 HIGHLAND PARKWAY
DOWNERS GROVE, IL 60515


QUINCY STREET, INC.
P.O. BOX 67000
DETROIT, MI 48267-1232


R.D.A. FLEET MAINTENANCE, INC.
P.O. BOX 50140
CICERO, IL 60650


RALPH LOPEZ
8408 WILLOW WEST DRIVE
WILLOW SPRINGS, IL 60480


RAMIZ MAREEWA
1924 S.RACINE
CHICAGO, IL 60608


RAMON SALINAS
1942 NORTH CENTRAL PARK
CHICAGO, IL 60647


RAMOS, OSVALDO J.
1720 N. ARTESIAN
CHICAGO, IL 60647

Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDALL MANUFACTURING
722 CHURCH ROAD
ELMHURST, IL 60126


REDI-CUT FOODS - CHICAGO
P.O. BOX 790171
ST LOUIS, MO 63179


REEBCO IRON WORKS
3109 NORTH ROCKWELL STREET
CHICAGO, IL 60618


REGAL BUSINESS MACHINES, INC.
1140 WEST WASHINGTON BLVD
CHICAGO, IL 60607


RELIABLE DOOR SYSTEMS, INC.
P.O. BOX 278
JACKSON, WI 53037-0278


RESPOND SYSTEMS
1071 JUDSON STREET
BENSENVILLE, IL 60106


RICARDO IBARRA
P.O BOX 139
ELGIN, ILLINOIS 30120-0000


RICHARD R. CLAUDIO
1340 NORTH AVERS
CHICAGO, IL 60651


RICHELIEU FOODS,INC
3516 SOLUTIONS CENTER
CHICAGO, IL 60677-3005


RIGHEIMER, MARTIN, & CINQUINO
20 NORTH CLARK STREET
CHICAGO, IL 60602

RIGOBERTO OLMOS
2835 NORTH MENARD
CHICAGO, IL 60634

RIVERA FINANCE
22331 NETWORK PLACE
CHICAGO, IL 60673-1223

RIVERA, OSCAR
3449 W. PIERCE
CHICAGO, IL 60651

RIVERA, RICARDO
3449 W. PIERCE
CHICAGO, IL 60651

ROBERT REISER & CO., INC.
P.O. BOX 33001
NEWARK, NJ 07188-0001

ROGERS PUMP SALES & SERVICE
16 SOUTH WASHINGTON AVENUE
BATAVIA, IL 60510

ROMA FOOD ENTERPRISES, INC.
ONE ROMA BOULEVARD
PISCATAWAY, NJ 08854

ROPAK CENTRAL, INC.
21048 NETWORK PLACE
CHICAGO, IL 60673-1210

ROSAS, RUBEN
2343 N. LATROBE
CHICAGO, IL 60639

ROSCOE & WESTERN SERVICE CTR
3355 NORTH WESTERN AVENUE
CHICAGO, IL 60618

RUBEN ROSAS
2343 NORTH LABTOBE
CHICAGO, IL 60639

RUBINO SEAFOOD CO., INC.
735 WEST LAKE STREET
CHICAGO, IL 60661-1093


RUBINO'S SEAFOOD
735 WEST LAKE STREET
CHICAGO, IL 60661


RUNGE PAPER COMPANY, INC.
P.O. BOX 5940
CAROL STREAM, IL 60197-5940


RUS OF CHICAGO
1960 SWANSON COURT
GURNEE, IL 60031


RUSH-OCCUPATIONAL HEALTH
P.O. BOX 73397
CHICAGO, IL 60673-7397


SALAD OILS INTERNATIONAL CORP.
5070 WEST HARRISON STREET
CHICAGO, IL 60644


SAM'S 24 HOURS TOWING SERVICE,
9500 FRANKLIN AVENUE
FRANKLIN PARK, IL 60131


SAPUTO CHEESE USA, INC.
2515 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


SBS INC
179 EASY ST.
CAROL STREAM, IL 60188


SEARS & ANDERSON
245 ERIC DRIVE
PALATINE, IL 60067


SECRETARY OF STATE
501 SOUTH 2ND STREET
SPRINGFIELD, IL 62756-5510

SECRETARY OF STATE
LICENSE RENEWAL
SPRINGFIELD, IL 62707-9700


SERV-ALL
5009 CHASE STREET
DOWNERS GROVE, IL 60515


SERVICE #1
WILLIAM R. PAUS
ROSELLE, IL 60172


SHERMAN DODGE
7601 NORTH SKOKIE BOULEVARD
SKOKIE, IL 60077


SILVER CONSTRUCTION CO.
6251 WEST BELMONT AVENUE
CHICAGO, IL 60634


SLICK CONSTRUCTION, INC.
507 SPRINGWOOD DRIVE
JOLIET, IL 60431


SMITHEREEN COMPANY
3451 CHURCH STREET
EVANSTON, IL 60203-1698


SOLIS, NORBERTO
3134 S. KOMENSKY
CHICAGO, IL 60623


SORIA, BLANCA
3421 W. 61ST STREET
CHICAGO, IL 60629


SOUTHSIDE FORD TRUCK SALES
810 WEST PERSHING ROAD
CHICAGO, IL 60609


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181

STAMAR PACKAGING INC
10 NORTH MITCHELL COURT
ADDISON, IL 60101


STANISLAUS FOOD PRODUCTS
P.O. BOX 3951
MODESTO, CA 95352


STATE DISBURSEMENT UNIT
P.O. BOX 5400
CAROL STREAM, IL 60197-5400


STEVE'S FARMERS GARDEN MARKET
2236 WEST LAWRENCE AVENUE
CHICAGO, IL 60625


STEVEN A. WOLF
3010 GLENWAY DRIVE
NORTHBROOK, IL 60062


STRATOS FOODS INC.
314 N. LEAVITT
CHICAGO, IL 60612


SUBI IMAMOVIC
6536 N. CALIFORNIA
CHICAGO, IL 60645


SUNLEE DEVELOPMENT
4001 N. PERRYVILLE ROAD
LOVES PARK, IL 61111


SUPREME LOBSTER & SEAFOOD CO
220 EAST NORTH AVENUE
VILLA PARK, IL 60181-1221


SVA CONSULTING, LLC
P.O. BOX 44966
MADISON, WI 53744-4966


SVT CONSTRUCTION
2551 WEST FARWELL
CHICAGO, IL 60645

SWEDISH COVENANT OCCUPATIONAL
5145 PAYSPHERE CIRCLE
CHICAGO, IL 60674


SWISS PRODUCTS
4333 W. DIVISION ST
CHICAGO, IL 60651


SYED T. HASSAN
3807 WEST KEENEY
SKOKIE, IL 60076


T.C. PRIME SERVICES, CORP
9395 LANDINGS LANE
DES PLAINES, IL 60016


TA ENTERPRISE
18717 HARDING AVENUE
FLOSSMOOR, IL 60422


TAMPA MAID SEAFOODS, INC.
% NATIONWIDE LOCK BOX
ATLANTA, GA 30384


TARDELLA FOODS, INC.
1639 NORTH NEWLAND AVENUE
CHICAGO, IL 60707-4408


THE ELI'S CHEESECAKE COMPANY
P.O. BOX 809614
CHICAGO, IL 60680-9614


THE HARTFORD
P.O. BOX 7938
PHILADELPHIA, PA 19101-7938


TIPPER TIE INC
2000 LUFKIN ROAD
APEX, NC 27539


TODDS ENTERPRISES, INC.
610 SOUTH 56TH AVENUE
PHOENIX, AZ 85043-4622

TOMAS GUTIERREZ
4134 WEST NORTH AVENUE
CHICAGO, IL 60651


TOMIS ELECTRIC COMPANY
2716 WEST FITCH
CHICAGO, IL 60645


TRACY TYSON
5111 W 25TH STREET
CICERO, IL 60804


TRANSCOLD AMERICA, INC.
248 MILLERS XING
ITASCA, IL 60143


TRANSPORT FINISHES, INC.
1217 WEST 171ST STREET
EAST HAZELCREST, IL 60429


TRI STATE DISPOSAL
P.O. BOX 627
BLUE ISLAND, IL 60406-0627


TRI VALLEY GROWERS
P.O. BOX 71745
CHICAGO, IL 60694-1745


TRI-PRODUCTS COMPANY
2915 NORTH LINCOLN AVENUE
CHICAGO, IL 60657


TRIMARK
7250 SOUTH CICERO AVENUE
CHICAGO, IL 60629-5815


TRUCK ALIGNMENT SPECIALISTS
3711 LAKE STREET
MELROSE PARK, IL 60160-2707


TRUJILLO, JABIER
4728 S. KEATING AVE
CHICAGO, IL 60632

TUBEWAY DRIVE, L.L.C.
1550 HECHT ROAD
BARTLETT, IL 60103


U.S. DEPARTMENT AGRICULTURE
P.O. BOX 73589
CHICAGO, IL 60673-7589


U.S. FLOOR CORPORATION
3423 HOWARD STREET
SKOKIE, IL 60076


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNITED REFRIGERATION
222 JAMES STREET
BENSENVILLE, IL 60106


UNIVERSAL MFG., INC.
DEPT 77-6417
CHICAGO, IL 60678-6417


UNVERSAL MAP GROUP, LLC
PO BOX 147
FORT WASHINGTON, PA 19034


USDA-AMS
P.O. BOX 790327
ST. LOUIS, MO 63179-0327


VALADES, MARTIN
3924 W. DIVERSY
CHICAGO, IL 60647


VALLEY FIRE PROTECTION SYSTEMS
101 NORTH RADDANT ROAD
BATAVIA, IL 60510


VICTORY SPUD SERVICE
1601 SOUTH WOLCOTT AVENUE
CHICAGO, IL 60608

VIENNA SAUSAGE MFG, CO.
2501 NORTH DAMEN AVENUE
CHICAGO, IL 60647


VIKING SEAFOODS
50 CRYSTAL ST
MAI DEN, MA 02148


VILLAGE OF CAROL STREAM
500 NORTH GARY AVENUE
CAROL STREAM, IL 60188


VILLAGE OF MOUNT PROSPECT
50 SOUTH EMERSON STREET
MOUNT PROSPECT, IL 60056


VILLAGE OF MOUNT PROSPECT
P.O. BOX 4297
CAROL STREAM, IL 60197-4297


VINCE & SONS PASTA CO.
7825 W. 87TH PLCE
BRIDGEVIEW, IL 60455


VIP ELECTRIC
7756 WEST ARDMORE AVENUE
CHICAGO, IL 60631


W. LLOYD CHRISTOPH
120 NORTH YORK ROAD
ELMHURST, IL 60126


W.W. GRAINGER, INC.
DEPT. 136 - 822621579
PALATINE, IL 60038-0001


WASTE MANAGEMENT ILLINOIS-METR
P.O. BOX 9001300
LOUISVILLE, KY 40290-1300


WAYNE FARMS, LLC
P.O. BOX 945947
ATLANTA, GA 31193-5947

WELLS FARGO AUTO FINANCE, INC.
P.O. BOX 60966
LOS ANGELES, CA 90060-0966

WETOSKA PACKAGING DISTRIBUTORS
1099 LUNT AVENUE
ELK GROVE, IL 60007-5080

WILFREDO MORELL
2012 NORTH 17TH AVENUE
MELROSE PARK, IL 60160

WILLIAM H. COOPER
816 NORTH SPAULDING
CHICAGO, IL 60651

WINDSOR FOODS
DEPT 97
HOUSTON, TX 77210-4346

WOLF, STEVE A.
7305 WEST LAKE STREET
MORTON GROVE, IL 60053

WWW.SMGSECURITY.COM
120 KING
ELK GROVE VILLAGE, IL 60007

YOLANDA TOMASELLO
3719 WEST 211th PLACE
MATTESON, IL 60443

ZEP MANUFACTURING COMPANY
P.O. BOX 5636
GLENDALE HTS, IL 60139-5636

ZIM AMERICAN ISRAELI STEAMSHIP
9950 WEST LAWRENCE AVENUE
SCHILLER PARK, IL 60176

ZIM CONTAINER SERVICE
9950 WEST LAWRENCE AVENUE
SCHILLER PARK, IL 60176

# United States Bankruptcy Court
## Northern District of Illinois

In re   **AMERICANA FOODS, INC.** _____   Case No. _____

_____
Debtor(s)                          Chapter   **11**   _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AMERICANA FOODS, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Giordano's Enterprises, Inc.**
**740 North Rush Street**
**Suite 400**
**Chicago, IL 60611**


☐ None [*Check if applicable*]


**February 16, 2011**
_____
Date

**/s/ Michael L. Gesas**
_____
**Michael L. Gesas 06186924**
Signature of Attorney or Litigant
Counsel for   **AMERICANA FOODS, INC.**
**Arnstein & Lehr LLP**
**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7125 Fax:(312) 876-6260**
**mlgesas@arnstein.com**